IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARVIN DAVIS, Administrator of )
the Estate of Frances Davis, )
**Plaintiffs,**       Deceased )
)
v. ) Civ. No. 05-545
SHENG SHAW, USPM BRADDOCK, )
Suburban Urologic Associates, )
APC, ET AL )
**Defendants.** )

## ORDER

AND NOW, to-wit, this __19th__ day of __August__, 2005, it is hereby ORDERED, ADJUDGED and DECREED that:

1. In accordance with Local Rule 16.1.1, an initial case management conference shall take place on __Sept. 29, 2005__ at __10:00 a.m.__ in Courtroom 5 United States Courthouse and Post Office, on the 6th Floor, Pgh. Pa.

2. Each party not appearing pro se shall be represented by an attorney who shall have full authority to bind the party in all pretrial matters and shall have authority to discuss settlement of the action;

3. Attorneys shall ensure that the parties are available for consultation in person or by telephone.

4. As soon as practicable but at least 21 days prior to the above case management conference, the parties shall confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), and to develop a proposed discovery plan consistent with the requirements of Fed. R. Civ. P. 26(f). The attorneys of record and all unrepresented parties that have appeared in

the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for filing with the court within 14 days after their conference a written report outlining the plan.

5. Attached hereto is a copy of the Court's standard case management order. Counsel should use their best efforts to supply dates for the blanks and be prepared to report them to the Court at the case management conference.

*(signature)*
Maurice B. Cohill, Jr.
Senior U.S. District Court Judge

cc: counsel of record